NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

QUINN D. HESSINGER, DC #T82957,              )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No.  2D19-718
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for Pinellas
County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender,
and Lisa Lott, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

            Affirmed.

VILLANTI, LaROSE, and SLEET, JJ., Concur.